Commonwealth *v.* Allen, Appellant.

Argued June 13, 1973. *Stuart Schuman,* Assistant Defender, with him *Jonathan Miller,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Albert L. Becker,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.